STATE of Missouri, Respondent,

v.

**Randy G. SPENCER, Appellant Pro Se.**

**No. WD 60936.**

Missouri Court of Appeals,
Western District.

Sept. 3, 2002.

Randy G. Spencer, Bowling Green, pro se.

Jeremiah W. (Jay) Nixon, Atty. Gen., Emily W. Little, Asst. Atty. Gen., Jefferson City, MO, for respondent.

Before JOSEPH M. ELLIS, Chief Judge, THOMAS H. NEWTON, Judge and LISA WHITE HARDWICK, Judge.

## *ORDER*

PER CURIAM.

Appellant Randy G. Spencer appeals from the judgment entered in the Circuit Court of Pettis County related to his "Petition for the Return of Siezed (sic) Property." After a thorough review of the record, we conclude that the judgment is supported by substantial evidence, is not against the weight of the evidence, that no

error of law appears, and that an opinion would have no precedential value.

Judgment affirmed. Rule 30.25(b).